**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARIA BELYAKOVA,

      Plaintiff,                             Case No.: 1:26-cv-02909

v.                                       Judge Elaine E. Bucklo

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Albert Berry, III
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, June 18, 2026, at 9:45 a.m., Plaintiff, by

Plaintiff's counsel, shall appear by remote means before the Honorable Judge Elaine E. Bucklo of

the U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry

of Default and Default Judgment against the Defendants Identified in the First Amended Schedule

A.

      Appearances in Court will not be required, and the Court will rule by written order. The

presentment date is for tracking purposes only.

DATED: June 15, 2026                        Respectfully submitted,

                                         _/s/ Keith A. Vogt_
                                         Keith A. Vogt
                                         FL Bar No. 1036084/ IL Bar No. 6207971
                                         Keith A. Vogt PLLC
                                         1820 NE 163rd Street, Suite #306
                                         North Miami Beach, Florida 33162
                                         Telephone: 312-971-6752
                                         E-mail: keith@vogtip.com

                                         ***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.